IN THE COURT OF CRIMINAL APPEALS


OF TEXAS


 




NO. PD-1504-10





CHADRICK B. PATE, Appellant



v.



THE STATE OF TEXAS





ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW


FROM THE THIRTEENTH COURT OF APPEALS

ARANSAS COUNTY




 Per curiam. KEASLER and HERVEY, JJ., dissent.


ORDER

 The petition for discretionary review violates Rules of Appellate Procedure 9.3(b),
68.4(i), and 68.5 because the original petition is not accompanied by 11 copies, does not
contain a copy of the opinion of the court of appeals, and grounds and reasons for review
are longer than 15 pages.

 The petition is struck. See Rule of Appellate Procedure 68.6.

 The petitioner may redraw the petition. The redrawn petition and copies must be
filed in the COURT OF CRIMINAL APPEALS within thirty days after the date of this
order.



Filed: February 16, 2011

Do Not Publish